# Court of Appeals
# of the State of Georgia

ATLANTA,  February 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0349. NEIGHBORHOOD AUTO REPAIR & BODY, LLC et al. v. ENGLISH HOLDINGS, LLC.**

In this dispossessory proceeding, the state court entered a final judgment awarding English Holdings, LLC a writ of possession, as well as rent, court costs, and attorney fees. Defendants Neighborhood Auto Repair & Body, LLC and Mohamed Delavary then filed this timely application for discretionary review. No discretionary application is required, however, as a final judgment is directly appealable under OCGA § 5-6-34(a)(1), and this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35(a).

Under OCGA § 5-6-35(j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. The defendants shall have ten days from the date of this order to file a notice of appeal in the state court. See OCGA § 5-6-35(g). If they have already filed a notice of appeal in the state court, then they need not file a second

notice. The clerk of the state court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2026
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*